IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

     v.

MICHAEL P. HIGH

Case No. 2:19mj471
Court Date: October 22, 2019

### CRIMINAL INFORMATION

(Misdemeanor) – Violation Notice No. 7500583

THE UNITED STATES ATTORNEY CHARGES:

That on or about July 29, 2019, at Naval Support Activity Hampton Roads, Portsmouth, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, MICHAEL P. HIGH, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked, **sixth offense within ten (10) years**, the defendant having been previously convicted of driving while license suspended or revoked, in the General District Court for the City of Portsmouth, Virginia on December 2, 2015, for an offense committed on March 5, 2015; in the Circuit Court for the City of Portsmouth, Virginia on August 7, 2015, for an offense committed on October 11, 2014; in the General District Court for the City of Newport News, Virginia on September 24, 2013, for an offense committed on July 14, 2013; in the Circuit Court for the City of Portsmouth, Virginia on April 27, 2012, for an offense committed on November 4, 2011; and, in the General District Court for the City of Portsmouth, Virginia on March 22, 2012, for an offense committed on September 14, 2011.

(In violation of Title 18, United States Code, Sections 7 and 13, Assimilating Code of Virginia, Section 46.2-301.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:           James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

James T. Cole
Special Assistant U. S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

14  August  2019
Date